■ MICHAEL MONOGHAN, Respondent, v. MORTIMER BURDMAN, Appellant.— In an action to recover damages for personal injuries due to alleged negligence or medical malpractice, defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County, dated January 22, 1968, as granted plaintiff's motion to set aside the verdict in favor of defendant as against the weight of the credible evidence. Order affirmed, with costs to abide the event (cf. *General Exch. Ins. Corp.* v. *New York City Tr. Auth.*, 20 Misc 2d 2). Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

■ HARRY I. PHILLIPS et al., Individually and as Stockholders, Officers and Directors of K. P. B. Construction Corp., et al., Respondents, v. BERNARD BLASENHEIM et al., Appellants. MARJEFF REALTY CORP. et al., Respondents, v. BARDONIA CONSTRUCTION CORP. et al., Appellants.— Interlocutory judgment of the Supreme Court, Rockland County, dated May 31, 1967, affirmed insofar as appealed from, with costs. No opinion. The pleadings are deemed amended so as to include Park Row Associates, Phillips Construction Co., Inc., Dorald Engineering Co. and Phillips-Dorald (Joint Venture) as parties plaintiff. Respondents' renewed motion to dismiss the appeal of certain of the defendants (renewed in respondents' brief) denied. To the extent that these defendants were ordered to participate in an accounting and retransfer of property they are under a compulsion to do something and this is sufficient to give them an aggrieved status. We express no opinion as to what the Referee may ultimately decide should be the final form of relief among the parties. Beldock, P. J., Christ, Hopkins, Benjamin and Munder, JJ., concur.